AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

GEORGE ANGEL HARRIS,

   Plaintiff,

AMENDED
JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV120-147

INVESTIGATOR JON HIXON and
INVESTIGATOR JOSEPH BULTMAN,

   Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated July 19, 2022, Defendants' motions for summary judgment are granted, and judgment is entered in favor of Defendants Investigator Jon Hixon and Investigator Joseph Bultman. This case stands closed.



7/20/2022  
Date

John E. Triplett  
Clerk

*Tara H. Burton*  
(By) Deputy Clerk

GAS Rev 10/1/03