IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| GEORGE ANGEL HARRIS, | ) |
| Plaintiff-Appellant, | ) Case No.  CV 120-147 |
| | ) Appeal No. 22-12493 |
| v. | ) |
| INVESTIGATOR JON HIXON and INVESTIGATOR JOSEPH BULTMAN, | ) |
| Defendants-Appellees. | ) |

O R D E R

The judgment in the above-styled action having been affirmed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the mandate of the United States Court of Appeals for the Eleventh Circuit is made the judgment of this Court.

SO ORDERED, this ___26th___ day of June, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA